

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 18, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/19
```

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Open Society Justice Initiative v. Central Intelligence Agency, et al.*,
     No. 19 Civ. 234 (PAE) (BCM)
     *Open Society Justice Initiative v. Department of Justice, et al.*,
     No. 19 Civ. 1329 (PAE) (BCM)

Dear Judge Engelmayer:

This Office represents the federal agencies (together, the "government") named as defendants in the two above-captioned actions, which have been consolidated. With plaintiff's consent, we write respectfully to request that the initial conference set for 2:30 p.m. tomorrow be moved earlier in the day—to 1:00 p.m.—in order to accommodate government counsel's religious observance later in the day. Based on a telephone call to chambers, we believe that both the Court and all parties are available at this earlier time.

We thank the Court for its consideration of this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
NATASHA TELEANU
Assistant United States Attorneys
Telephone: (212) 637-2697/2528
Facsimile: (212) 637-2717
E-mail: peter.aronoff@usdoj.gov
          natasha.teleanu@usdoj.gov
*Counsel for defendants*

4/18/19

The Court hereby adjourns this conference to noon on Friday, April 19, 2019.
SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge