USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE, Plaintiff, v. CENTRAL INTELLIGENCE AGENCY, et. al, Defendants. | 19 Civ. 00234 (PAE) |
| OPEN SOCIETY JUSTICE INITIATIVE, Plaintiff, v. DEPARTMENT OF JUSTICE, et. al, Defendants. | 19 Civ. 01329 (PAE) |

### [PROPOSED] SCHEDULING ORDER

This matter comes before the Court upon the complaints of Plaintiff the Open Society Justice Initiative (OSJI) seeking records from seven defendant federal agencies related to the killing of *Washington Post* journalist Jamal Khashoggi pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (the "Requests"). The Court, having held an initial conference with the parties on April 19, 2019, hereby ORDERS as follows:

1.      The above-captioned actions having been consolidated, *see* ECF No. 23 in 19 Civ. 234, absent further order of the Court, all filings in these matters going forward shall be made under the docket number 19 Civ. 234.

2.      The parties shall negotiate in good faith to narrow the scope of the search or exclude categories of non-substantive records identified by Defendants.

3.      On April 26, 2019, and every Friday thereafter until directed by the Court, the Parties shall update the Court in a joint letter on the status of discussions between the Parties and Defendants' responses to Plaintiff's Requests.

4.      By April 30, 2019, Defendant NSA shall complete its search and provide Plaintiff with the approximate number of potentially responsive records and identify whether it will assert a *Glomar* response regarding all or a portion of OSJI's Requests.

5.      By May 1, 2019, Defendant NSA shall provide Plaintiff with a proposed processing schedule.

6.      By May 10, 2019, Defendants CIA and ODNI shall complete their searches and provide Plaintiff with the approximate number of potentially responsive records and identify whether each will assert a *Glomar* response regarding all or a portion of OSJI's Requests.

7.      By May 13, 2019, Defendants CIA and ODNI shall provide Plaintiff with a proposed processing schedule.

8.      By May 29, 2019, Defendants DOD, DOJ, and DOS shall complete their searches and provide Plaintiff with the approximate number of potentially responsive

2

records and identify whether each will assert a *Glomar* response regarding all or a portion of OSJI's Requests.

9. By May 30, 2019, Defendants DOD, DOJ, and DOS shall provide Plaintiff with a proposed processing schedule.

10. The Court directs counsel for all parties to appear for a status conference with the Court on June 4, 2019 at 3:30pm in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York New York 10007.

SO ORDERED.

_____
HON. PAUL A. ENGELMAYER
United States District Judge

Dated: April 22, 2019
New York, New York