

May 21, 2019

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *Open Society Justice Initiative v. Central Intelligence Agency, et. al*, No. 19 Civ. 00234 (PAE) (BCM); *Open Society Justice Initiative v. Department of Justice, et. al*, No. 19 Civ. 01329 (PAE) (BCM)

Dear Judge Engelmayer:

      We write on behalf of Plaintiff Open Society Justice Initiative ("OSJI") in the above-referenced Freedom of Information Act ("FOIA") cases.

      Our letter filing yesterday (Dkt. 44 in 19 Civ. 00234), in opposition to the State Department's request to process only 300 pages per month, inadvertently exceeded the three page limit approved by the Court on May 6.

      With the consent of the Department of Justice, we respectfully ask the Court to accept the over-length letter.

      Respectfully submitted,

      */s/ David J. Sandler*

Catherine Amirfar
  (camirfar@debevoise.com)
David J. Sandler
  (dsandler@debevoise.com)
Ashika Singh
  (asingh@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000

www.debevoise.com

                                      Amrit Singh
                                      James A. Goldston
                                      OPEN SOCIETY JUSTICE INITIATIVE
                                      224 West 57th Street
                                      New York, New York 10019
                                      Tel.: (212) 548-0600

cc:     Peter Aronoff, Assistant U.S. Attorney
        Natasha Teleano, Assistant U.S. Attorney