

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 17, 2020

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Open Society Justice Initiative v. Central Intelligence Agency, et al.*,
> No. 19 Civ. 234 (PAE) (BCM)
> *Open Society Justice Initiative v. Department of Justice, et al.*,
> No. 19 Civ. 1329 (PAE) (BCM)

Dear Judge Engelmayer:

    We write pursuant to the Court's October 3, 2019 order, ECF No. 100, to submit a joint status letter. The remaining defendant agencies in these consolidated cases are ODNI, CIA, State, and DOD.

    **ODNI and CIA.** On December 9, 2019, CIA and ODNI filed their opening brief and other papers in support of their motion for summary judgment. *See* ECF Nos. 111-16. Plaintiff's cross-motion and response is due by January 21, 2020. *See* ECF No. 120.

    **State and DOD.** DOD has completed processing of all documents gathered in its searches. State is continuing processing consistent with the Court's orders.

    We thank the Court for its attention to this matter.

Honorable Paul A. Engelmayer  Page 2
January 17, 2020

Respectfully submitted,

By: */s/ Catherine Amirfar*  
Catherine Amirfar  
(camirfar@debevoise.com)  
Matthew Forbes  
(mforbes@debevoise.com)  
Ashika Singh  
(asingh@debevoise.com)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
Tel.: (212) 909-6000  

Amrit Singh  
James A. Goldston  
OPEN SOCIETY JUSTICE INITIATIVE  
224 West 57th Street  
New York, New York 10019  
Tel.: (212) 548-0600  
*Counsel for Plaintiff*

GEOFFREY S. BERMAN  
United States Attorney for the  
Southern District of New York  

By:  */s/ Natasha W. Teleanu*  
PETER ARONOFF  
NATASHA W. TELEANU  
Assistant United States Attorneys  
Telephone: (212) 637-2697/2528  
Facsimile: (212) 637-2717  
E-mail: peter.aronoff@usdoj.gov  
           natasha.teleanu@usdoj.gov  

*Counsel for Defendants*