**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 14, 2020

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>   Re:   *Open Society Justice Initiative v. Central Intelligence Agency, et al.*,
>         No. 19 Civ. 234 (PAE) (BCM)
>         *Open Society Justice Initiative v. Department of Justice, et al.*,
>         No. 19 Civ. 1329 (PAE) (BCM)

Dear Judge Engelmayer:

We write pursuant to the Court's October 3, 2019 order, ECF No. 100, to submit a joint status letter. The remaining defendant agencies in these consolidated cases are ODNI, CIA, State, and DOD.

**ODNI and CIA.** On December 9, 2019, CIA and ODNI filed their opening brief and other papers in support of their motion for summary judgment. *See* ECF Nos. 111-16. Plaintiff's cross-motion and response was filed on January 21, 2020. *See* ECF No. 120. As the Court is aware, the agencies have sought additional time to file their opposition and reply papers to permit CIA to conduct certain additional searches. The government will further address these matters, per the Court's order entered yesterday, in a letter to be filed by by 5pm on Tuesday, February 18. *See* ECF No. 134.

**State and DOD.** DOD has completed processing of all documents gathered in its searches. State is continuing processing consistent with the Court's orders.

We thank the Court for its attention to this matter.

Honorable Paul A. Engelmayer Page 2
February 14, 2020

                                      Respectfully submitted,

| | |
|---|---|
| By: */s/ Catherine Amirfar* <br> Catherine Amirfar <br> (camirfar@debevoise.com) <br> Matthew Forbes <br> (mforbes@debevoise.com) <br> Ashika Singh <br> (asingh@debevoise.com) <br> DEBEVOISE & PLIMPTON LLP <br> 919 Third Avenue <br> New York, New York 10022 <br> Tel.: (212) 909-6000 <br><br> Amrit Singh <br> James A. Goldston <br> OPEN SOCIETY JUSTICE INITIATIVE <br> 224 West 57th Street <br> New York, New York 10019 <br> Tel.: (212) 548-0600 <br> *Counsel for Plaintiff* | GEOFFREY S. BERMAN <br> United States Attorney for the <br> Southern District of New York <br><br> By: */s/ Peter Aronoff* <br> PETER ARONOFF <br> NATASHA W. TELEANU <br> Assistant United States Attorneys <br> Telephone: (212) 637-2697/2528 <br> Facsimile: (212) 637-2717 <br> E-mail: peter.aronoff@usdoj.gov <br>         natasha.teleanu@usdoj.gov <br><br> *Counsel for Defendants* |