UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OPEN SOCIETY JUSTICE INITIATIVE,

                                      Plaintiff,

-v-

CENTRAL INTELLIGENCE AGENCY, et al.,

                                      Defendants.

19 Civ. 234 (PAE)
19 Civ. 1329 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the Government's request for a four-week extension of the summary judgment briefing schedule, Dkt. 131; plaintiff's response to that request, Dkt. 133; and the Government's letter providing more detail about its request, Dkt. 137.  The Court grants the Government's request in order to allow the Government time to supplement the CIA's search, as described in the Government's February 18, 2020 letter, and to ensure that the CIA has captured all responsive records.  As a result, the remaining briefing schedule is as follows:

- The Government's brief containing its reply and its opposition to plaintiff's motion for summary judgment is due March 10, 2020, four weeks from the date of the Government's original request for an extension; and
- Plaintiff's reply brief is due March 31, 2020.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: February 19, 2020
       New York, New York