UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OPEN SOCIETY JUSTICE INITIATIVE,

                Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY,

                Defendants.

19 Civ. 00234 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court will hold oral argument in this case on Thursday, October 15, 2020, at 3:30 p.m., on the parties' pending cross-motions for summary judgment. This argument will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 18, 2020
      New York, New York