**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br>　　　　　　Plaintiff,<br>　　　v.<br>CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br>　　　　　　Defendants. | 19 Civ. 00234 (PAE) |
| OPEN SOCIETY JUSTICE INITIATIVE,<br>　　　　　　Plaintiff,<br>　　　v.<br>DEPARTMENT OF JUSTICE and DEPARTMENT OF STATE,<br>　　　　　　Defendants. | 19 Civ. 01329 (PAE) |

**NOTICE OF LODGING OF SUPPLEMENTAL CLASSIFIED DECLARATIONS**

　　　　Defendants the Central Intelligence Agency and Office of the Director of National Intelligence (the "agencies") hereby provide notice that two supplemental classified declarations, both dated January 5, 2021, have been lodged for the Court's *in camera*, *ex parte* review. The agencies respectfully request that the Court grant leave to file these supplemental classified declarations in support of their motion for partial reconsideration of the Court's December 8, 2020 Opinion and Order (the "Order"), ECF No. 176, pursuant to Local Civil Rule 6.3 and Federal Rules of Civil Procedure 59(e) and 60(b). As set forth in the agencies' memorandum of law in support of the motion for partial reconsideration, the supplemental classified declarations

have been lodged to enable the Court to make an informed decision on the government's application and because the government is unable to make a public proffer of their contents.

The declarations are classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), and cannot be disclosed without proper authorization. They have been lodged with a Classified Information Security Officer ("CISO") with the United States Department of Justice's Litigation Security Group. The Court may contact the CISO directly at (202) 514-9016 to assist in securing delivery of the declarations for review at the Court's convenience.

Dated: New York, New York
       January 5, 2021

                                AUDREY STRAUSS
                                Acting United States Attorney for the
                                Southern District of New York,
                                *Attorney for Defendants*

By:   */s/ Peter Aronoff*
       PETER ARONOFF
       NATASHA W. TELEANU
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone Nos. (212) 637-2697 / 2528
       Facsimile Nos. (212) 637-2786
       Email: peter.aronoff@usdoj.gov
               natasha.teleanu@usdoj.gov