UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OPEN SOCIETY JUSTICE INITIATIVE,

                                  Plaintiff,                19 Civ. 234 (PAE)

-v-                19 Civ. 1329 (PAE)

CENTRAL INTELLIGENCE AGENCY, et al.,                ORDER

                                Defendants.

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's motion for partial reconsideration of the Court's December 8, 2020 Opinion. Plaintiff's response is due January 21, 2021. And defendants' reply is due February 4, 2021.[1]

Although defendants do not have a right to come forward with additional evidence after the Court has issued its Opinion, the Court, in considering the motion for partial reconsideration, will examine the two supplemental classified declarations that the defendants have submitted *in camera*.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: January 6, 2021
        New York, New York

---

[1] In the event that the Government elects to reassess its position as to reconsideration after the due date of plaintiffs' response, the Court expects that the Government would use its reply brief as the vehicle to set forth any revised views.