UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>                              Plaintiff,<br>               -v-<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>                              Defendants. | 19 Civ. 234 (PAE)<br>19 Civ. 1329 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Prompted by the Government's recent classified submissions, the Court will hold an *ex parte* classified hearing. The Classified Information Security Officer assigned to this case has been instructed to contact the Government and make the necessary arrangements for this hearing.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 25, 2021
       New York, New York