# EXHIBIT 4



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 10, 2021

<u>By email:</u>
Amrit Singh
Director, Accountability, Liberty and Transparency Division
Open Society Justice Initiative
224 W. 57th St.
New York, NY 10019

      Re:    *Open Society Justice Initiative v. Central Intelligence Agency, et al.*,
                No. 19 Civ. 234 (PAE) (BCM)
                *Open Society Justice Initiative v. Department of Justice, et al.*,
                No. 19 Civ. 1329 (PAE) (BCM)

Dear Ms. Singh:

      In accordance with the Court's orders, we enclose a Vaughn index from the CIA with regard to what the agency assesses to be the CIA report discussed in the Court's December 8, 2020 Opinion and Order, ECF No. 176, at pages 21-24. *See also* December 14, 2020 Order, ECF No. 178 (extending to February 8, 2021 deadline to produce Vaughn index for CIA report); ECF No. 196 (extending deadline to March 10). Based on a review of the potentially responsive records that ODNI collected in response to this FOIA request, ODNI did not locate this document.

Sincerely,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York


By: */s/ Peter Aronoff*
PETER ARONOFF
NATASHA W. TELEANU
Assistant United States Attorneys
Telephone: (212) 637-2697/2528
Facsimile: (212) 637-2717
E-mail: peter.aronoff@usdoj.gov
        natasha.teleanu@usdoj.gov

*Counsel for Defendants*

enclosure
cc:    Ashika Singh, Debevoise & Plimpton LLP (co-counsel for plaintiff)

CIA Vaughn Index regarding "CIA Report"
March 10, 2021

| Document description | Date | Length | Status | Bases for withholding |
|---|---|---|---|---|
| CIA assessment relating to the killing of Jamal Khashoggi | November 2018 | 3 pages | Withheld in full | FOIA exemptions (b)(1), (b)(3) (Central Intelligence Agency Act, National Security Act), (b)(5) (presidential communications privilege) |