# EXHIBIT 7

S. Hrg. 116–75

# OPEN HEARING: WORLDWIDE THREAT ASSESSMENT OF THE U.S. INTELLIGENCE COMMUNITY

# HEARING

BEFORE THE

## SELECT COMMITTEE ON INTELLIGENCE

OF THE

## UNITED STATES SENATE

ONE HUNDRED SIXTEENTH CONGRESS

FIRST SESSION

TUESDAY, JANUARY 29, 2019

Printed for the use of the Select Committee on Intelligence



Available via the World Wide Web: http://www.govinfo.gov

U.S. GOVERNMENT PUBLISHING OFFICE
34–697 PDF  WASHINGTON : 2019

SELECT COMMITTEE ON INTELLIGENCE

[Established by S. Res. 400, 94th Cong., 2d Sess.]

RICHARD BURR, North Carolina, *Chairman*
MARK R. WARNER, Virginia, *Vice Chairman*

| | |
|---|---|
| JAMES E. RISCH, Idaho | DIANNE FEINSTEIN, California |
| MARCO RUBIO, Florida | RON WYDEN, Oregon |
| SUSAN COLLINS, Maine | MARTIN HEINRICH, New Mexico |
| ROY BLUNT, Missouri | ANGUS KING, Maine |
| TOM COTTON, Arkansas | KAMALA HARRIS, California |
| JOHN CORNYN, Texas | MICHAEL L. BENNET, Colorado |
| BEN SASSE, Nebraska | |

MITCH MCCONNELL, Kentucky, *Ex Officio*
CHUCK SCHUMER, New York, *Ex Officio*
JAMES INHOFE, Oklahoma, *Ex Officio*
JACK REED, Rhode Island, *Ex Officio*

———

CHRIS JOYNER, *Staff Director*
MICHAEL CASEY, *Minority Staff Director*
KELSEY STROUD BAILEY, *Chief Clerk*

Senator WYDEN. Thank you very much and I want to apologize to all our distinguished panel. We had a major hearing in the Finance Committee.

I'm going to start with the matter of Saudi Arabia and the late Mr. Khashoggi. I'm very concerned that the DNI statement for the record barely mentions the threat posed by Saudi Arabia to the rule of law around the world.

Director Haspel, the Senate unanimously passed a resolution stating its belief that the Crown Prince was responsible for the murder of U.S. resident and journalist Jamal Khashoggi. Is that correct?

Director HASPEL. Senator, we can go into a little bit more detail this afternoon, but as you know during the fall months, we spent a significant amount of time briefing and providing written products on our assessment of what happened to Mr. Jamal Khashoggi.

As you know, and as the Saudi regime itself has acknowledged, 15 individuals traveled to Istanbul and he was murdered at their consulate and it was a premeditated murder on 2 October. The trial in Saudi Arabia, I believe, has begun but in terms of further detail on our assessment of involvement, I'll hold it until the afternoon session.

Senator WYDEN. Respectfully, Madam Director, the Senate unanimously passed a resolution that the Crown Prince was responsible. Was the Senate wrong?

Director HASPEL. Senator, it's my job to provide the intelligence to support the Senate's deliberations, and I think we've done that very adequately in this case and we'll continue to do that. And we continue, by the way, to track this issue and to follow it very closely.

Senator WYDEN. A question for you Director Wray and maybe other panel members.

In my home State there are alarming indications that the Saudi government has helped Saudi nationals accused of serious crimes flee the country and this strikes us as an assault on the rule of law right here in the United States.

My question for the Director, Director Wray, will you look at this and come back with any suggestions about what the FBI can do?

And just so you know what has troubled me so much is what looks like evidence that the Saudi government helped these individuals who have been charged with really serious crimes in my home State: rape and manslaughter, helped them with illicit passports, possibly the prospect of private planes to get out of the country.

Will you look at this and come back with any suggestions about what the Bureau can do here?

Director WRAY. Senator, I appreciate the question. I will say I've actually had occasion to visit the Portland field office not only to meet with all of our employees there but all of our State and local partners across your State and I'd be happy to take a close look at anything you want to send our way on this subject.

Senator WYDEN. Could you get back to me within 10 days? You know we are trying to up the ante here to really get these people back. You know, my sense is like a lot of other things people have a full plate. I've requested travel records. We will be in touch with

your office, but I would like a response within 10 days to show that this is the priority that is warranted.

Director WRAY. Senator, of course we have a lot of priorities as I'm acutely aware of, but I'd be happy to take a look at the information that you have and work with your office.

Senator WYDEN. We have a lot of priorities, but the notion that Saudi Arabia can basically say it is above the law, and that's what it looks like to the people of my home State, is just unacceptable. So, I will be back at this and you and I have talked about matters before and both of us have strong views and that will certainly be the case here.

Let me ask one other question for you, Director Haspel and Director Coats, to change the subject to Russia and particularly these Trump-Putin meetings. According to press reports, Donald Trump met privately with Vladimir Putin and no one in the U.S. Government has the full story about what was discussed.

Director Haspel and Director Coats, would this put you in a disadvantaged position in terms of understanding Russia's efforts to advance its agenda against the United States? A question for you two and then I'm out of time. Thank you for letting me have them respond, Mr. Chairman.

Director COATS. Well, Senator, clearly this is a sensitive issue and it's an issue that we ought to talk about this afternoon. I look forward to discussing that in a closed session.

Senator WYDEN. Mr. Chairman, my time is up. To me from an intelligence perspective, it's just Intel 101 that it would help our country to know what Vladimir Putin discussed with Donald Trump and I will respect the rules. Thank you, Mr. Chairman.

Chairman BURR. Senator Cornyn.

Senator CORNYN. When I reflect on the number of people who lost their lives as a result of man-made causes in World War II, by some estimates as many as 39 million people, when we introduced the atomic bomb and Nagasaki and Hiroshima and think about how much more efficient we've gotten when it comes to killing one another potentially, I wanted to ask you about weapons of mass destruction and counterproliferation.

If the theory behind mutually assured destruction and deterrence is that none of the so-called rational actors, let's say Russia, China, for example, would use nuclear weapons because they realize what the consequences of that would be, we know we have less than rational actors that either have acquired nuclear weapons, thinking about North Korea—certainly Pakistan and India are staring at each other, both of whom have nuclear weapons. I worry that we are not spending as much time as we need to be focusing on what is the most lethal threat to our Nation and also to the world.

Let me ask you specifically about Russia. We know Russia continues to be in material breach of the terms of the Intermediate-Range Nuclear Forces Treaty. Most recently our NATO allies have concluded that Russia is in the process of developing a ground-launched cruise missile that's a direct threat to Euro-Atlantic security.

I personally think it's important for us to adequately fund nuclear modernization programs, including the development of a low-yield warhead and enhance the capabilities of critical missile de-

fense systems. I would also point out that China is not bound by the standards imposed by the INF treaty, further putting the U.S. in a compromising position.

Director Coats, does the Intelligence Community assess that a complete withdrawal of the U.S. from the INF Treaty would pose a significant national security risk to the United States?

Director COATS. Well, that risk is there whether we see Russia within the bounds of the restraints on that or whether we don't, because we know Russia has violated the terms of that treaty and has that capability.

Senator CORNYN. And China's not now——

Director COATS. So, whether we withdraw or not——

Senator CORNYN [continuing]. China's not now at all——

Director COATS. You're—they're still going to have that capability. That's correct.

Senator CORNYN. And Director Haspel, perhaps this would be a question for you.

If the U.S. withdraws from the INF Treaty—and I'd welcome anybody's comment on the panel. If the U.S. withdraws from the INF Treaty, does the IC assess that Russia will place INF range missiles in Cuba, or will they attempt to exert pressure in some other way?

Director HASPEL. Senator, what I can say, and perhaps we can go into more detail this afternoon, is we do see that Russia is very concerned about our decision to withdraw. We do see also consideration of ways they can push back due to their own concerns about our forward posture in Eastern Europe.

I think I'll leave it there for now, and we can elaborate this afternoon. I'll ask if General Ashley would like to add something.

Senator CORNYN. Please.

General ASHLEY. Yeah, I would say that—and we can get into some more detail this afternoon—that their actions are not consistent with the ground-launched cruise missile that you already spoke about. It has already been fielded operationally, so it is in utilization and available.

Their actions and what they would do I think would be symmetric to anything we did to move additional capabilities forward. And then those particular symmetric actions we can talk about in a closed session.

Senator CORNYN. Would anybody on the panel care to talk about my statement with regard to production of a low-yield warhead? Maybe General Ashley? I don't know who would be the appropriate person.

General ASHLEY. So, the comment of whether we should be developing——

Senator CORNYN. Correct.

General ASHLEY. Yeah. I'll have to leave that to the policymakers. What you alluded to is our ability to kill and some of the weapons we've developed, and then the utilization and a strategy that we've heard in the past from the Russians of non-strategic nuclear weapons and whether or not a rational actor would use those kinds of weapons in the field.

We know that the Russians have a first-use policy. The threshold where they think that the Kremlin would be at risk is probably