

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

July 22, 2021

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Open Society Justice Initiative v. Central Intelligence Agency, et al.*, No. 19 Civ. 234 (PAE); and *Open Society Justice Initiative v. Department of Justice, et al.*, No. 19 Civ. 1329 (PAE)

Dear Judge Engelmayer:

    We write respectfully on behalf of Plaintiff the Open Society Justice Initiative ("OSJI") in the above-referenced actions brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. We write, pursuant to Your Honor's Individual Rules and Practices in Civil Cases 3(F), to request oral argument on the Consolidated Summary Judgment Motions filed by Defendants Central Intelligence Agency ("CIA") and Office of the Director of National Intelligence ("ODNI") on May 10, 2021, as well as OSJI's Cross-Motion for Summary Judgment and Motion for Partial Reconsideration filed on June 7, 2021.

    We thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    /s/ *Catherine Amirfar*
                                                    Catherine Amirfar
                                                    Ashika Singh
                                                    DEBEVOISE & PLIMPTON LLP
                                                    919 Third Avenue
                                                    New York, New York 10022
                                                    Tel.: (212) 909-6000
                                                    camirfar@debevoise.com
                                                    asingh@debevoise.com

                                                    Amrit Singh
                                                    James A. Goldston
                                                    OPEN SOCIETY JUSTICE INITIATIVE
                                                    224 West 57th Street
                                                    New York, New York 10019
                                                    Tel.: (212) 548-0600
                                                    amrit.singh@opensocietyfoundations.org

*Counsel for Plaintiff*

cc: Counsel of record (by ECF)