

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 19, 2022

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Open Society Justice Initiative v. Central Intelligence Agency, et al.*,
             No. 19 Civ. 234 (PAE) (BCM)
             *Open Society Justice Initiative v. Department of Justice, et al.*,
             No. 19 Civ. 1329 (PAE) (BCM)

Dear Judge Engelmayer:

    We write respectfully to submit a joint status letter pursuant to the Court's June 22, 2022, Order, ECF No. 263.

    As we have previously reported, at the time of the last status report to the Court, the only remaining issue in this matter related to a set of records as to which the State Department consulted with the Treasury Department. The parties have now resolved all outstanding concerns with respect to those records. All issues in this matter have now been resolved. Accordingly, the parties are working to promptly submit to the Court a stipulation and proposed order of dismissal.

    We thank the Court for its consideration of this submission.

                                                              Respectfully submitted,

| | |
|---|---|
| By: */s/ Catherine Amirfar* | DAMIAN WILLIAMS |
| Catherine Amirfar | United States Attorney for the |
| (camirfar@debevoise.com) | Southern District of New York |
| Matthew Forbes | |
| (mforbes@debevoise.com) | By: */s/ Peter Aronoff* |
| Ashika Singh | PETER ARONOFF |
| (asingh@debevoise.com) | NATASHA W. TELEANU |
| DEBEVOISE & PLIMPTON LLP | Assistant United States Attorneys |
| 919 Third Avenue | Telephone: (212) 637-2697/2528 |
| New York, New York 10022 | Facsimile: (212) 637-2717 |
| Tel.: (212) 909-6000 | E-mail: peter.aronoff@usdoj.gov |

<table>
<tr><td>

Natasha Arnpriester  
James A. Goldston  
OPEN SOCIETY JUSTICE INITIATIVE  
224 West 57th Street  
New York, New York 10019  
Tel.: (212) 548-0600  
*Counsel for Plaintiff*

</td><td>

natasha.teleanu@usdoj.gov

*Counsel for Defendants*

</td></tr>
</table>