

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 19, 2022

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:   *Open Society Justice Initiative v. Central Intelligence Agency, et al.*,
           No. 19 Civ. 234 (PAE) (BCM)
           *Open Society Justice Initiative v. Department of Justice, et al.*,
           No. 19 Civ. 1329 (PAE) (BCM)

Dear Judge Engelmayer:

     We write respectfully to submit a joint status letter pursuant to the Court's June 22, 2022, Order, ECF No. 263.

     As we have previously reported, at the time of the last status report to the Court, the only remaining issue in this matter related to a set of records as to which the State Department consulted with the Treasury Department. The parties have now resolved all outstanding concerns with respect to those records. All issues in this matter have now been resolved. Accordingly, the parties are working to promptly submit to the Court a stipulation and proposed order of dismissal.

     We thank the Court for its consideration of this submission.

                                  Respectfully submitted,

By: */s/ Catherine Amirfar*
Catherine Amirfar
(camirfar@debevoise.com)
Matthew Forbes
(mforbes@debevoise.com)
Ashika Singh
(asingh@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
NATASHA W. TELEANU
Assistant United States Attorneys
Telephone: (212) 637-2697/2528
Facsimile: (212) 637-2717
E-mail: peter.aronoff@usdoj.gov

Honorable Paul A. Engelmayer                                                                                          Page 2
July 19, 2022

                                    natasha.teleanu@usdoj.gov

Natasha Arnpriester  
James A. Goldston                                                        *Counsel for Defendants*  
OPEN SOCIETY JUSTICE INITIATIVE  
224 West 57th Street  
New York, New York 10019  
Tel.: (212) 548-0600  
*Counsel for Plaintiff*

                         The Court thanks the parties for this update and welcomes this news. The parties are directed to submit a stipulation and proposed order of settlement by August 2, 2022. SO ORDERED.

                                                          PAUL A. ENGELMAYER  
                                                          United States District Judge  
                                                          7/20/22