**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br>Plaintiff,<br>v.<br>CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br>Defendants. | 19 Civ. 00234 (PAE) |
| OPEN SOCIETY JUSTICE INITIATIVE,<br>Plaintiff,<br>v.<br>DEPARTMENT OF JUSTICE and DEPARTMENT OF STATE,<br>Defendants. | 19 Civ. 01329 (PAE) |

**STIPULATION OF DISMISSAL OF DEFENDANTS CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, AND DEPARTMENT OF STATE**

WHEREAS, on January 9, 2019, Open Society Justice Initiative, ("Plaintiff") filed a complaint in this Court against Defendants the Central Intelligence Agency ("CIA"), Department of Defense ("DoD"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI"), docketed as Case No. 19 Civ. 00234;

WHEREAS, on February 12, 2019, Plaintiff filed a complaint in this Court against Defendants the Department of Justice ("DOJ"), including its component the Federal Bureau of Investigation ("FBI"), and the Department of State ("State"), docketed as Case No. 19 Civ. 01329;

WHEREAS, both cases were brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and sought to compel Defendants to produce records in response to a FOIA request submitted to each Defendant (the "FOIA request") for records related to the killing of United States resident Jamal Khashoggi;

WHEREAS, on February 27, 2019, the Court entered an order consolidating Case No. 19 Civ. 00234 and Case No. 19 Civ. 01329;

WHEREAS, Defendant FBI was dismissed from the case on June 21, 2019 (ECF No. 71, Case No. 19 Civ. 00234);

WHEREAS, Defendants NSA and DOJ were dismissed from the case on October 15, 2019 (ECF No. 104, Case No. 19 Civ. 00234);

WHEREAS, the Court granted the consolidated motion of Defendants CIA and ODNI for summary judgment on September 13, 2021 (ECF No. 243, Case No. 19 Civ. 00234), which resolved all claims against Defendants CIA and ODNI;

WHEREAS, Defendants DoD and State searched for responsive records, produced non-exempt records to Plaintiff and withheld certain records and information as exempt from disclosure;

WHEREAS, Plaintiff, having reviewed the records produced by DoD and State, has determined that it will not challenge DoD or State's withholdings in connection with the request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the remaining Defendants (the "Parties"), and their respective counsel, that:

1. All remaining claims in this action are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

2. Plaintiff releases and discharges all remaining Defendants from any and all claims and causes of action that Plaintiff asserted—or could have asserted—in this litigation arising out of the FOIA request.

3. Plaintiff and the remaining Defendants understand and agree that this Stipulation and Order contains the entire agreement between them. No statements, representations, promises, agreements, or negotiations, oral or otherwise, between the Parties or their counsel that are not included herein shall be of any force or effect.

4. This Stipulation may be executed in counterparts (including, without limitation, by PDF or facsimile) each of which will be deemed an original and all of which will be taken together and deemed one instrument.

Dated: New York, New York
August 1, 2022

By: ______________________

Catherine Amirfar
(camirfar@debevoise.com)
Ashika Singh
(asingh@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000

Natasha Arnpriester
James A. Goldston
OPEN SOCIETY JUSTICE INITIATIVE
224 West 57th Street
New York, New York 10019
Tel.: (212) 548-0600
*Counsel for Plaintiff*

Dated: New York, New York
August 1, 2022

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ______________________

PETER ARONOFF
NATASHA TELEANU
Assistant United States Attorneys
Telephone: (212) 637-2697/2528
Facsimile: (212) 637-2717
E-mail: peter.aronoff@usdoj.gov
natasha.teleanu@usdoj.gov

*Counsel for Defendants*

SO ORDERED.

Dated: New York, New York
August 1, 2022

Paul A. Engelmayer

THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE